FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

2007 OCT 18 P 2: 41

CLERK US DISTRICT COURT
ALEXANDRIA. VIRGINIA

EUGENE P. PHILLIPS,

Plaintiff,

vs.

Civil Action No. 07cv1049
CMH|TRJ

THOMAS W. GILMORE, CYNTHIA D.
GILMORE, MICHAEL WISLOSKI,
MICHAEL MARK, and OMEGA DEFENSE
SYSTEMS, INC. a/k/a/ OMEGA SYSTEMS,
INC.,

Defendants.

## COMPLAINT

Plaintiff, Eugene P. Phillips ("Phillips") files this Complaint against the above-named

Defendants and, in support thereof, alleges as follows:

### Nature of the Dispute

1.      This is a diversity action seeking declaratory and preliminary injunctive relief to

(a) enjoin Defendants' efforts to oppress and unlawfully squeeze Phillips out of his minority 33.3

percent ownership interest in Defendant Omega Defense Systems, Inc. a/k/a Omega Systems,

Inc. ("Omega"); (b) void the individual Defendants' unlawful conversion of Phillips' Omega

shares; (c) restore Phillips to his original 33.3 percent ownership of Omega before the individual

Defendants began their unlawful campaign to squeeze him out; (d) restrain the sale of Omega

and its assets pending full restoration of Phillips' ownership interest in Omega and dissolution of

Omega pursuant to Va. Code §13.1-747; (e) require Defendants to indemnify Phillips for his

personal guarantees of credit extended to Omega; and (f) dissolve Omega or, at a minimum,

appoint a receiver due to the individual Defendants' wrongful oppression and waste pursuant to

1

Va. Code §13.1-747. This action also seeks an award of damages and attorneys' fees and costs to remedy the harm Phillips has suffered from the individual Defendants' unlawful deprivation of his ownership interest in Omega.

### The Parties

2.     Phillips is a former disabled U.S. Marine Corps pilot and veteran of the Gulf War who resides at 1314 Woodmere Drive, Mandeville, Louisiana 70471. Phillips is a founding shareholder of Omega who, until recently, owned 33.3 percent of Omega's outstanding shares. Through their unlawful dilution of his shares, the individual Defendants now claim that Phillips owns a mere 1.68 percent of Omega's shares. From Omega's creation on February 10, 1998 to the present, Phillips has been a member of Omega's Board of Directors.

3.     Defendant Thomas W. Gilmore ("T-Gilmore") is an adult individual who resides at 2521 West Red Fox Road, Phoenix, Arizona 85085. T-Gilmore has been Omega's President and Chairman of its Board of Directors since its inception in 1998. As a result of his unlawful conversion of Phillips' shares in conspiracy with the other individual Defendants, T-Gilmore claims to own 31.89 percent of Omega's shares. T-Gilmore is married to Defendant Cynthia D. Gilmore ("C-Gilmore").

4.     C-Gilmore is an adult individual who resides at 2521 West Red Fox Road, Phoenix, Arizona 85085. C-Gilmore is Omega's Secretary and Treasurer and, like her husband, she is a member of Omega's Board of Directors. As a result of her unlawful conversion of Phillips' shares in conspiracy with other individual Defendants, C-Gilmore claims to own 18.09 percent of Omega's shares.

5.     Defendant Michael Wisloski ("Wisloski") is an adult individual who resides at 13390 Packard Drive, Woodbridge, Virginia 22193. Wisloski is Omega's Vice President and,

like his co-conspirators, he is a member of its Board of Directors. As a result of his unlawful conversion of Phillips' shares in conspiracy with other individual Defendants, Wisloski claims to own 23.22 percent of Omega's shares.

6.       Defendant Michael Mark ("Mark") is an adult individual who resides at 1730 Smoke Ridge Drive, Colorado Springs, Colorado 80919. According to Omega's 2006 Annual Report, Mark was a Vice President and member of Omega's Board of Directors. While Mark is not identified as an officer or director in Omega's 2007 Annual Report, he claims to own 7.77 percent of Omega's shares which, upon information and belief, he obtained through the unlawful conversion of Phillips' shares in conspiracy with the other individual Defendants.

7.       Omega is a corporation organized and existing under the laws of the Commonwealth of Virginia, having been incorporated on February 10, 1998, in Stafford County, Virginia. *See* Articles of Incorporation (attached as Exhibit A); Omega's 1999-2007 Annual Reports filed with the Virginia Corporation Commission (attached as Exhibit B).

### Jurisdiction and Venue

8.       This Court has subject matter jurisdiction under 28 U.S.C. §1332 because the matter in controversy exceeds the sum of $75,000, exclusive of interest and costs, and because it is between citizens of different states.

9.       Venue is proper in this Court under 28 U.S.C. §1391, because many, if not most, of the events giving rise to Phillips' claims occurred in this district, some of the Defendants reside in this district, and Omega is a Virginia corporation that has an office and does business in this district.

3

## Factual Background

10.     Omega was founded in 1998 by several former Marines—including Phillips—to develop business process analysis and engineering support services for the United States Marine Corps. *See* Omega Website (attached as Exhibit C). Since that time, Omega's functional area analysis (FAA) and operational architecture expertise has allowed the company to identify future military and Homeland Security capability gaps and develop cutting-edge solutions for its target markets. *Id.* Omega's core competencies are: Program Management; Studies and Analysis; Professional Services and Information Technology. *Id.* Omega is a diversified firm offering C4ISR engineering and analysis, C2 engineering and analysis, military process analysis and support, program management, professional services and systems integration. *Id.*

11.     Omega's home office and principal place of business was 3213 Aquia Drive, Stafford, VA 22554 from approximately 1998 to 2000, then 3896 Lansing Court, Dumfries, VA 22026 and/or Colorado Springs, CO from approximately 2000 to 2003, then 1112 Blackbeard Drive, Stafford, VA 22554 from approximately 2003 to 2005, and then 22601 N. 19th Avenue, Suite 116, Phoenix, AZ 85027 from approximately 2005 to the present. *See* Exhibits A-C. Along with its home office in Arizona, Omega currently maintains offices in Virginia and Colorado.

## Phillips Helps Form Omega

12.     Relying on expertise developed during his tenure in the Marine Corps – including active duty in the Gulf War – Phillips formed Omega along with the help of several other ex-Marines.  To this end, Phillips invested several thousand dollars in Omega by purchasing 33.3 percent of its shares.  This made Phillips a one-third owner of Omega.

13.     Phillips also personally guaranteed Omega's initial $75,000 start-up loan.

4

14.     For a short period, Phillips also worked for Omega without pay. It soon became clear, however, that as a start-up company, Omega could not afford to pay all of the founding shareholders a living wage. As a consequence, Phillips returned to active duty with the Marine Corps in August 1998 but, at all times thereafter, remained a member of Omega's Board of Directors and one of its largest shareholders.

15.     Along with Phillips, Omega's original shareholders included the following:

     a.  Eugene Phillips (33.3 percent of issued shares);

     b.  Cynthia Gilmore (33.3 percent of issued shares);

     c.  Michael Wisloski (33.3 percent of issued shares); and

     d.  Armad Kittrell (.1 percent of issued shares).

*See* Consent Resolution of Omega's Board of Directors and Omega Shares Issued To Phillips (attached as Exhibit D).

16.     From its inception in 1998 to the present the following individuals have served as Directors and Officers of Omega:

     A.  Thomas Gilmore, President (1998-present) and Director (1998-present);

     B.  Cynthia Gilmore, Secretary and Treasurer (1998-2002, 2005-present), Secretary (2003-2004) and Director (1998-present);

     C.  Michael Wisloski, Vice-President (1998-present) and Director (1998-present);

     D.  Michael Mark, Vice-President (2003-2005) and Director (2005);

     E.  Eugene Phillips, Director (1998-present);

     F.  Charles Collins, Treasurer (2003-2004) and Director (2003-2004, 2006-present); and

     G.  Armad Kittrell, Officer (1998) and Director (1998).

*See* Exhibit A and B.

## Phillips' Ongoing Contributions To Omega

17.    From Omega's creation until the present, Phillips has served as a member of its Board of Directors without any compensation.

18.    From its creation until the present, Omega has used Phillips' status as a disabled veteran to its advantage in seeking to obtain federal government contracts principally with the military and Department of Homeland Security.

19.    From Omega's creation until the present, Phillips has used his background to provide assistance to Omega in bidding for federal government contracts. These services have been without compensation.

20.    From Omega's creation until the present, Phillips has received no stock dividends or distributions of any kind from Omega.

21.    From Omega's creation until the present, Phillips has personally guaranteed hundreds of thousand of dollars in the form of numerous loans to Omega. Absent these loans, Omega would not have been able to survive and ultimately thrive as a government contractor.

## Oppression Of Phillips Begins In 2003

22.    By late 2003 the Omega Directors who were actively involved in the business, T-Gilmore, C-Gilmore, Wisloski and Mark (collectively, the "Insiders") began agitating for increased ownership of the company based upon their self-serving claim that they were underpaid. The Insiders therefore "restructured" the ownership of Omega for their own benefit so that (in their view) Omega was now owned as follows (the "2003 Conversion"):

a.    Cynthia Gilmore, 35 percent;

b.    Mike Wisloski, 32.4 percent;

c.    Eugene Phillips, 20 percent;

d.    Mike Mark, 10 percent;

6

e.       Motorskill Ventures Group, 2.5 percent; and

f.       Others, 0.1 percent.

*See* Minutes To Omega's Annual Board Meeting dated 10/29/03 (attached as Exhibit E).

23.     At the same October 29, 2003 Board meeting, the Insiders voted to forgive insider loans they had previously caused Omega to make to themselves (the "Loan Forgiveness"). *See* Exhibit E at 6.

24.     Prior to taking such action, the Insiders offered no independent study or other evidence to support their unfounded claim that they had been underpaid. Nor did the Insiders establish that the Board had ever approved the accrual of unpaid salaries they claimed they were owed for past services. Accordingly, Phillips objected to the 2003 Conversion that reduced his ownership to 20 percent and the Loan Forgiveness but, in the end, he was forced to go along in order to appease the Insiders and to avoid being totally squeezed out of the company.

25.     By 2004, Omega's sales, profitability and projected sales and profitability were increasing and the Insiders decided to attempt to sell Omega. *See* Notice of Annual Meeting of Shareholders (October 25, 2004) (attached Exhibit F). Omega retained the services of Silverleaf Consulting, LLC to assist with finding a buyer. *Id.*

### The Insiders' Efforts To Squeeze Phillips Out Of Omega In 2007

26.     Around April of 2007, the Insiders (other than Mark who had left the company by then) claimed that from 1999 through 2006 they allegedly were not appropriately paid and therefore a "gap" existed between their actual compensation and what the company should have been paying them in the amount of $787,865.00 (the "wage gap"). *See* April 27, 2007 Mem. from T-Gilmore to Owners (attached as Exhibit G). Later, as set forth below, the Insiders used their wage gap claim to disguise their true motive of depriving Phillips of his ownership interest in Omega by issuing hundreds of thousands of additional shares to themselves to redistribute

ownership of the company. *Id.* Phillips objected not only to the Insiders' wage gap claim but also their unfair, unjustified, and unlawful efforts to further dilute Phillips' ownership of Omega.

27.     In the Spring 2007, T-Gilmore called Phillips to advise him that he was going to "buy out" Phillips' ownership interests in Omega for what Phillips later learned was only around five percent of Omega's estimated value. When Phillips advised T-Gilmore that he did not want to be bought out, T-Gilmore became angry and stated that he wanted Phillips out and that he was already talking to a lawyer for this purpose.

28.     On August 10, 2007, the Insiders (except Mark), acting through T-Gilmore, suddenly advised Phillips and Mark (another shareholder not then involved with the management of the company) that Omega was providing a "Notice of Capital Call" and therefore Phillips needed to immediately invest an additional $500,000.00 and Mark needed to invest an additional $250,000.00. *See* August 10, 2007 Email from T-Gilmore (attached as Exhibit H). Upon information and belief, this "capital call" was not directed at any others (including any Insiders), had no legitimate business purpose, and was, in fact, merely designed to intimidate the minority shareholders—Phillips and Mark—into believing that they only had one choice – *i.e.*, make a large additional investment in Omega or face near complete dilution of their stockholdings.

29.     Not only was the purported "capital call" unlawful on its face, it was conducted in a manner that gave no opportunity to Phillips to raise the requested funds or even inspect Omega's books and records to determine whether Omega actually needed such a large cash infusion.

30.     On Friday, August 24, 2007, the Insiders, acting through T-Gilmore, suddenly decided that a meeting of Omega's shareholders had to occur that same day, in violation of the minimum 10-days notice required by Va. Code Ann. §13.1-658. *See* August 24, 2007 Email

8

from T-Gilmore (attached as Exhibit I). When all shareholders could not participate the meeting was rescheduled to Monday, August 27, 2007—a date that was still not in compliance with the 10-day rule. *Id.*

31.     On August 27, 2007, an Omega owners' meeting was held and Phillips participated by conference call. During this meeting, the Insiders claimed that their wage gap claim had swelled from $787,865.00 on April 27, 2007 (*see* Exhibit G) to $6,175,000.00 ($5.6 million for T-Gilmore, his wife, C-Gilmore, and Wisloski, plus $575,000.00 for Mark), a mere four months later. *See* Owners Meeting Minutes (August 27, 2007) (attached as Exhibit J). The Insiders gave no explanation for the purported eight-fold increase in their wage gap claim. When Phillips once again objected to the wage gap claim, including its enormous amount, lack of substantiation, and unfairness to the other shareholders and Omega itself, the Insiders "tabled" the issue for the next morning, August 28th. *Id.* When Phillips objected that he could not participate in the meeting the following morning but could participate later in the week, his objection was overruled.

32.     On August 28, 2007, with C-Gilmore's acquiescence and approval, T-Gilmore, Wisloski, and Mark met without Phillips to use their alleged wage gap claim in the amount of $6,175,000.00 as a mere subterfuge to justify their issuance of additional shares to themselves. *See* Owners Meeting Minutes (August 28, 2007) (attached as Exhibit J). By this time, the Gilmores and Wisloski had recruited Mark into their unlawful conspiracy to squeeze Phillips out by offering additional shares for allegedly owed back wages. Following the meeting, T-Gilmore sent an email to the shareholders with a schedule showing "the breakdown and plan for issuing new shares to compensate officers for lost wages and income over the last nine years." *See* August 28, 2007 Email from T-Gilmore (attached as Exhibit L). According to this schedule,

Phillips' stock ownership has been diluted from 33.3 percent to 20 percent and now down to 1.68 percent by the issuance of 900,000 shares of stock to the Insiders (including Mark) based upon their unsubstantiated and unsupportable claim for millions of dollars in back wages allegedly owed by Omega.

33.    On September 6, 2007, T-Gilmore sent an email to Omega shareholders requesting their vote on the Board Resolution Approving Transfer of Common Stock As Compensation For Services Provided By Certain Officers. This resolution caused the issuance of 900,000 shares of stock to the Insiders (including Mark) based upon the purported $6,175,000.00 wage gap claim (the "2007 Resolution"). *See* September 6, 2007 Email from T-Gilmore (attached as Exhibit M).

34.    On September 11, 2007, T-Gilmore sent an email to the Omega shareholders advising that the 2007 Resolution had passed with the affirmative vote of the Insiders who were receiving additional shares and over Phillips' objection (who was not receiving any additional shares and, instead, was suffering near complete dilution of his ownership interests). *See* September 11, 2007 Email from T-Gilmore (attached as Exhibit N).

35.    On September 24, 2007, T-Gilmore advised the Omega shareholders that they were being sent new stock certificates that superseded all previous certificates issued by the company "to align the stock record" and to account for the issuance of 900,000 shares "to officers of the company that sacrificed wages and income over the last nine years." *See* Mem. dated September 24, 2007 from T-Gilmore (attached as Exhibit O). Phillips received a new certificate evidencing his new diluted ownership of 16,796 shares (1.68 percent). *Id.*

36.    As a result of the 2003 Conversion and the 2007 Resolution, Phillips' stock ownership has been wrongfully diluted from 33 percent to only 1.68 percent. Based upon the

Insiders' current approximate $15 million estimate of the fair market value of the company, this represents a loss of at least $4.7 million to Phillips.

37.     Throughout the Insiders' ongoing campaign to squeeze him out of Omega, Phillips has remained a guarantor of loans to Omega that total in the hundreds of thousand of dollars. The Insiders and Omega continue to benefit from Phillips' guarantees while, at the same time, Phillips' ownership interests in Omega has been diluted down to almost nothing.

38.     The Insiders' efforts to oust Phillips, a founding shareholder, from Omega are unfair, oppressive, unlawful, and wholly unjustified.

### Refusal To Permit Phillips To Exercise His Rights As A Shareholder and Director To Inspect Omega's Records

39.     On August 30, 2007, only days after the 2007 Resolution, Phillips requested the production of Omega books and records, including financial statements, tax returns and bylaws. *See* August 30, 2007 Email from Phillips to T-Gilmore, Wisloski and Mark (attached as Exhibit P). T-Gilmore responded on September 4th by rejecting such request and advising Phillips that he would have to come to Phoenix to review the records. *Id.*

40.     On September 14, 2007, Phillips made another demand on Omega through counsel for the inspection and copying of Omega's records pursuant to Va. Code §§ 13.1-741 through 13.1-775. *See* Letter dated September 14, 2007 from S. Livingston to T-Gilmore (attached as Exhibit Q). This demand was made for Phillips as a shareholder and director of Omega in connection with the 2007 Resolution. The letter requested the production of the requested records by September 20, 2007. *Id.* Although Gilmore agreed to produce the requested records by September 26th, that never occurred.

41.     On October 3, 2007, Phillips again repeated his demand for the inspection and copying of Omega's records through counsel. *See* Letter dated October 3, 2007 from S.

Livingston to T-Gilmore (attached as Exhibit R). To date, Omega has failed to produce the requested documents for inspection and copying except for the Articles of Incorporation and By-Laws.

42.     Pursuant to Va. Code §§ 13.1-771, the Insiders had a duty to cause Omega to comply with Phillips' inspection and copying demand within five business days of the demand, or September 7th (based upon Mr. Phillips' August 30th demand) and certainly no later than September 20th (based upon his September 14th demand). Yet, the Insiders and Omega still have not complied. As a consequence, Phillips has filed a Complaint in Mandamus in the Circuit Court for Stafford County, Virginia to force the Insiders to provide the requested documents pursuant to the Virginia corporation code (the "Virginia litigation").

43.     In retaliation for the Virginia litigation, the Insiders scheduled a special shareholders meeting for October 19, 2007 with only three days' notice in violation of Va. Code §13.1-658 (requiring a minimum of 10 days notice) for the purpose of "restructuring the Board of Directors." It thus appears that Phillips will be removed as a Director because he dared to challenge the Insiders' unlawful and oppressive conduct. *See* Official Notice And Call To Shareholders Of The Special Meeting Of Omega Defense Systems, Inc. (attached as Exhibit S).

44.     It appears that, absent intervention by this Court, the Insiders will continue to oppress Phillips and ultimately squeeze him out of Omega entirely.

**COUNT I**
**(Breach of Fiduciary Duty / Shareholder Oppression)**
**(Declaratory / Preliminary Injunctive Relief / Damages)**

45.     The allegations in paragraphs 1 through 43 are incorporated herein.

46.     Under Article VIII of Omega's By-Laws (attached as Exhibit T) and the Virginia corporation code, the Insiders have a fiduciary duty as shareholders and directors of Omega to

12

act in good faith towards their fellow shareholders—including Phillips. As a corollary to this duty, the Insiders also have a duty to avoid disloyalty towards Omega's shareholders and not to engage in self-dealing.

47.    The Insiders have violated their fiduciary duties to Phillips by engaging in the following conduct designed to oppress and squeeze him out of Omega:

      a.    unilaterally diluting Phillips' ownership of Omega from 33.3 percent to 20 percent, and then to a mere 1.68 percent;

      b.    causing Omega to pay them exorbitant and excessive salaries in the form of additional Omega stock based on the accrual of back wages that are entirely fictional;

      c.    refusing to abide by Omega's By-Laws and Virginia law regarding the proper notice for and conduct of director and shareholder meetings;

      d.    refusing to provide Phillips and his counsel with access to Omega's books and records in violation of his inspection rights under Virginia law as both a shareholder and director of Omega.

48.    As a result of the Insiders' breach of the fiduciary duties that they owe to Phillips and their wanton oppression of him, Phillips is being denied his reasonable rights, privileges, entitlements, compensation, dividends/profit distributions and benefits as a 33.3 percent shareholder and director of Omega.

49.    The Insiders' breach of their fiduciary duties to Philips was willful, wanton and malicious, and their outrageous conduct entitles him to an award of punitive damages in an amount to be determined at trial.

50.    As a direct result of the Insiders' oppressive conduct and breach of the fiduciary duties that they owe to Phillips and their oppressive conduct toward them, Phillips is entitled to the following relief:

      a.    declaratory and/or preliminary injunctive relief restoring Phillips ownership interest in Omega to 33.3 percent;

b.    preliminary injunctive relief precluding the sale of Omega or any of its assets without approval by this Court;

c.    preliminary injunctive relief requiring the Insiders to abide by Omega's By-Laws and Virginia law regarding the scheduling and conduct of all shareholder and director meetings and shareholder inspection rights;

d.    preliminary injunctive relief precluding the Insiders from removing Phillips as a member of Omega's Board of Directors;

e.    preliminary injunctive relief requiring the Insiders to indemnify Phillips for all personal guarantees that he had given to Omega and which remain outstanding;

f.    an award of compensatory and consequential damages to Phillips to equalize the compensation and other benefits taken from Omega by the Insiders compared to what he has received;

g.    an award of punitive damages; and

h.    an award of such other relief as the Court deems proper including attorney's fees and costs as well as prejudgment interest.

51.    Absent the requested declaratory and injunctive relief, Phillips will suffer irreparable harm.

52.    Phillips will likely succeed on the merits of his claim against the Insiders for oppression and breach of their fiduciary duties to him.

53.    A balancing of the equities weighs heavily in favor of the grant of a preliminary injunction in favor of Phillips in that such relief will only restore what had been the status quo for Omega's entire corporate history.

54.    Public policy favors preliminary injunctive relief where, as here, such relief involves the enforcement of shareholder rights and the protection of minority shareholders.

## COUNT II
### (Judicial Dissolution / Appointment of Custodian)

55.    Paragraphs 1 through 54 are incorporated herein.

56.     Under Va. Code §13.1-747, a corporation may be judicially dissolved where, as here, "[t]he directors or those in control of the corporation have acted, are acting, or will act in a manner that is illegal, oppressive, or fraudulent."

57.     Under Va. Code §13.1-747, judicial dissolution also may be ordered when "[t]he corporate assets are being misapplied or wasted."

58.     By converting Phillips' shares for their own benefit, the Insiders have acted unlawfully and oppressively within the meaning of Va. Code §13.1-747.

59.     By awarding themselves millions of dollars for back wages never earned, approved, or justified by independent review, the Insiders have misapplied and wasted corporate assets within the meaning of Va. Code §13.1-747.

60.     Under Va. Code §13.1-747(E), a court "may issue injunctions" or "appoint a receiver or custodian pendente lite" to take whatever action is necessary to preserve corporate assets and carry on its business until a final hearing can be held.

61.     As a result of the Insiders' unlawful efforts to squeeze him out, Phillips seeks judicial dissolution of Omega or, in the alternative, appointment of a custodian until his claims against the Insiders are finally resolved.

62.     As a result of the Insiders' unlawful and oppressive conduct toward him, Phillips seeks a preliminary injunction restoring his ownership in Omega to 33.3 percent before this Court orders judicial dissolution.

63.     Consistent with such injunctive relief, Phillips seeks an order from this Court requiring any judicial dissolution of Omega or buy out of Phillips' shares therein pursuant to Va. Code §13.1-749.1 to be based on his rightful ownership of 33.3 percent of Omega's shares.

Accordingly, in the event of a buy-out, Phillips requests that he receive "fair value" for his 33.3 percent ownership of Omega in accordance with Virginia's judicial dissolution statute.

## COUNT III
### (Conversion)
### (Injunctive Relief / Damages)

64.     Paragraphs 1 through 63 are incorporated herein.

65.     The Insiders have unlawfully converted Phillips' ownership interest in Omega for their own benefit in violation of his shareholder rights under Omega's By-Laws and Virginia law.

66.     As a result of such conversion, Phillips is entitled to have his ownership interest in Omega fully restored or, in the alternative, an award of damages to compensate him for such loss.

## COUNT IV
### (Accounting)

67.     Paragraphs 1 through 66 are incorporated herein.

68.     As a result of the Insiders' unlawful conduct, Phillips is entitled to an accounting of all salaries, bonuses, benefits, expenses, perquisites, loans, dividends, profit distributions, stock and other payments received directly or indirectly by the Insiders from Omega.

**JURY TRIAL DEMANDED.**

Dated: October _18_, 2007

Respectfully submitted,

Timothy K. Halloran
VSB No. 48352
Counsel of Record for Plaintiff
MCKENNA LONG & ALDRIDGE LLP
1900 K Street, NW
Washington, DC  20006
202-496-7352 (phone)
202-496-7756 (fax)
thalloran@mckennalong.com

Of Counsel:
Stephen S. Zubrow
Scott D. Livingston
Robert M. Barnes
MARCUS & SHAPIRA LLP
301 Grant Street, 35th Floor
One Oxford Centre
Pittsburgh, PA  15219

DC:50505935.1

17

# EXHIBIT A



## STATE CORPORATION COMMISSION

*Richmond,* February 10, 1998

*This is to Certify that the certificate of incorporation of*

OMEGA SYSTEMS, INC.

*was this day issued and admitted to record in this office and that the said corporation is authorized to transact its business subject to all Virginia laws applicable to the corporation and its business. Effective date:*

February 10, 1998

*State Corporation Commission*



*William J. Bridge*

*Clerk of the Commission*

# Articles of Incorporation
## of
## Omega Systems, Inc.

Pursuant to Chapter 9 of Title 13.1 of the Code of Virginia, the undersigned individual submits these Articles of Incorporation for the purpose of forming a for-profit corporation.

**Article 1.** The name of the corporation is: Omega Systems, Inc.

**Article 2.** The purpose for which this corporation is organized is to transact any and all lawful business for which corporations may be organized under the laws of the State of Virginia, and to have all powers which are afforded to corporations under the laws of the state of Virginia.

**Article 3.** The duration of this corporation shall be perpetual.

**Article 4.** The corporation is authorized to issue 1000 shares of no par value, common stock, with identical rights and privileges, the transfer of which is restricted according to the Bylaws of the corporation.

**Article 5.** Located in the County of Stafford, the corporation's initial registered office address is: 3213 Aquia Drive, Stafford, VA 22554.

**Article 6.** The corporation's initial registered agent is an individual, a resident of the state of Virginia, and an initial director of the corporation. The name of the corporation's initial registered agent, whose business office is identical to the initial registered office above, is: Cynthia D. Gilmore.

**Article 7.** The names and addresses of the initial Directors, consisting of four(4)individuals are:

| | |
|---|---|
| Cynthia D. Gilmore | 3213 Aquia Drive, Stafford, VA 22554 |
| Tom W. Gilmore | 3213 Aquia Drive, Stafford, VA 22554 |
| Eugene P. Phillips | 3402 Aquia Drive, Stafford, VA 22554 |
| Armad J. Kittre | 1187 Spring Lake Drive, Stafford, VA 22554 |

**Article 8.** A director of the corporation shall not be held liable to the corporation or its shareholders for monetary damages due to a breach of fiduciary duty, unless the breach is a result of self-dealing, intentional misconduct, or illegal actions.

In witness whereof, the undersigned incorporator has executed these Articles of Incorporation on the date below. The undersigned incorporator hereby affirms, under penalty of perjury, that the statements made in the forgoing Articles of Incorporation are true.

Date: *February 9, 1998*

Name of Incorporator:
*Cynthia D. Gilmore*

Address of Incorporator:
*3213 AQUIA DR. STAFFORD, VA 22554*

Signature of Incorporator:
*Cynthia Gilmore*

# EXHIBIT B

Virginia State Corporation Commission                                          Page 1 of 1

**Commonwealth
of Virginia**



**State
Corporation
Commission**

[ Enter ]

[ Signoff ]

[ Help ]

[ Print ]

```
WEB#300                              CIS                        08
TCP00001  CISM0180         CORPORATE DATA INQUIRY               22

    CORP ID:   0498087 - 6   STATUS: 00  ACTIVE        STATUS DATE:
    CORP NAME: Omega Defense Systems, Inc.

DATE OF CERTIFICATE:  02/10/1998 PERIOD OF DURATION:          INDUSTR
STATE OF INCORPORATION:  VA VIRGINIA      STOCK INDICATOR:  S STOCK
MERGER IND:                          CONVERSION/DOMESTICATION IND:
GOOD STANDING IND: Y                 MONITOR INDICATOR:
CHARTER FEE:  50.00     CASE NO:           CASE STATUS:    HEARING DTE
  R/A NAME:  CHARLES C COLLINS

    STREET:  1112 BLACKBEARD DR                           AR RTN M

        CITY:  STAFFORD           STATE :  VA  ZIP: 22554
R/A STATUS:  D  DIRECTOR          EFF. DATE: 01/22/03 LOC.: 189
ACCEPTED AR#: 207 33 1833  DATE: 04/25/07                 STAFFOR
CURRENT AR#: 207 33 1833  DATE: 04/25/07  STATUS: A  ASSESSMENT IND
YEAR   FEES     PENALTY    INTEREST   TAXES    BALANCE         TOT
07     100.00   10.00
COMMAND: .............................................................
```

Agent For Serve

NOTE: Function Key usage varies depending on the Application Screen.
For specifics, refer to Function Key Documentation.

# 2007 ANNUAL REPORT
## COMMONWEALTH OF VIRGINIA
### STATE CORPORATION COMMISSION

207331833
04/26/2007



① **CORPORATION NAME**
Omega Defense Systems, Inc

**DUE DATE** 02/28/07

② **VA REGISTERED AGENT NAME AND OFFICE ADDRESS   DIR**
CHARLES C COLLINS

**CORPORATE ID** 0498087-6

1112 BLACKBEARD DR

⑤ **STOCK INFORMATION**

| CLASS | AUTHORIZED |
|---|---|
| COMMON | 1,000 |

STAFFORD, VA 22554
③ **CITY OR COUNTY OF VA REGISTERED OFFICE**
189-STAFFORD COUNTY

④ **STATE OR COUNTRY OF INCORPORATION**
VA-VIRGINIA

**DO NOT ATTEMPT TO ALTER THE INFORMATION ABOVE** Carefully read the attached instruction sheet. Type or print in black only. If item ⑥ is blank or incorrect, you must add or change the principal office address where indicated. If item ⑦ is blank or incorrect, you must add or change the director and officer information where indicated

⑥ **PRINCIPAL OFFICE ADDRESS**

| ☐ Mark this box if address shown below is correct | If address is blank or incorrect, add or correct below |
|---|---|
| ADDRESS  22601 N 19TH AVENUE<br>SUITE 116 | ADDRESS |
| CITY/ST/ZIP  PHOENIX, AZ 85027 | CITY/ST/ZIP |

⑦ **DIRECTORS AND PRINCIPAL OFFICERS**      All directors and principal officers must be listed
An individual may be designated as both a director and an officer

| Mark appropriate box unless area below is blank<br>☐ Information is correct  ☐ Information is incorrect  ☐ Delete information | If information at lower left is incorrect or blank, please mark appropriate box<br>and enter information below  ☐ Correction ☐ Addition ☐ Replacement |
|---|---|
| OFFICER ☒   DIRECTOR ☒ | OFFICER ☐   DIRECTOR ☐ |
| NAME       TOM GILMORE | NAME |
| TITLE      PRESIDENT | TITLE |
| ADDRESS    2521 W RED FOX ROAD | ADDRESS |
| CITY/ST/ZIP  PHOENIX, AZ 85085 | CITY/ST/ZIP |

**I AFFIRM THAT THE INFORMATION CONTAINED IN THIS REPORT IS ACCURATE AND COMPLETE**

_____
SIGNATURE OF DIRECTOR/OFFICER
LISTED IN THIS REPORT

CHIO COLLINS DIRECTOR
PRINTED NAME AND CORPORATE TITLE

4/26/07
DATE

It is a Class 1 misdemeanor for any person to sign a document he knows is false in any material respect with intent that the document be delivered to the Commission for filing
• 0336403 000023470 045CC3

# 2007 ANNUAL REPORT CONTINUED

DUE DATE   02/28/07

CORPORATE ID   0498887-6

All directors and principal officers must be listed
An individual may be designated as both a director and an officer

**⑦   DIRECTORS AND PRINCIPAL OFFICERS (continued)**

| Mark appropriate box unless area below is blank □ Information is correct □ Information is incorrect □ Delete information | If information at lower left is incorrect or blank, please mark appropriate box and enter information below   □ Correction □ Addition □ Replacement |
|---|---|
| OFFICER ☒   DIRECTOR ☒ | OFFICER □   DIRECTOR □ |
| NAME        MICHAEL WISLOSKI | NAME |
| TITLE       VICE PRESIDENT | TITLE |
| ADDRESS     13390 PACKARD DRIVE | ADDRESS |
| CITY/ST/ZIP WOODBRIDGE, VA 22193-3905 | CITY/ST/ZIP |
| Mark appropriate box unless area below is blank □ Information is correct □ Information is incorrect □ Delete information | If information at lower left is incorrect or blank, please mark appropriate box and enter information below   □ Correction □ Addition □ Replacement |
| OFFICER ☒   DIRECTOR ☒ | OFFICER □   DIRECTOR □ |
| NAME        CYNTHIA GILMORE | NAME |
| TITLE       T/S | TITLE |
| ADDRESS     2521 W RED FOX ROAD | ADDRESS |
| CITY/ST/ZIP PHOENIX, AZ 85058 | CITY/ST/ZIP |
| Mark appropriate box unless area below is blank □ Information is correct □ Information is incorrect □ Delete information | If information at lower left is incorrect or blank, please mark appropriate box and enter information below   □ Correction □ Addition □ Replacement |
| OFFICER □   DIRECTOR ☒ | OFFICER □   DIRECTOR □ |
| NAME        CHARLES C COLLINS | NAME |
| TITLE       DIRECTOR | TITLE |
| ADDRESS     1112 BLACKBEARD DRIVE | ADDRESS |
| CITY/ST/ZIP STAFFORD, VA 22554 | CITY/ST/ZIP |
| Mark appropriate box unless area below is blank □ Information is correct □ Information is incorrect □ Delete information | If information at lower left is incorrect or blank, please mark appropriate box and enter information below   □ Correction □ Addition □ Replacement |
| OFFICER □   DIRECTOR ☒ | OFFICER □   DIRECTOR □ |
| NAME        EUGENE P PHILLIPS | NAME |
| TITLE       DIRECTOR | TITLE |
| ADDRESS     1314 WOODMERE DRIVE | ADDRESS |
| CITY/ST/ZIP MANDEVILLE, LA 70471 | CITY/ST/ZIP |

**2006 ANNUAL REPORT**
**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

206170553
02/27/2006

① CORPORATION NAME
Omega Defense Systems, Inc

DUE DATE  02/28/06

② VA REGISTERED AGENT NAME AND OFFICE ADDRESS    DIR
CHARLES C COLLINS

CORPORATE ID  0498057-6

1112 BLACKBEARD DR

STAFFORD, VA 22554

④ CITY OR COUNTY OF VA REGISTERED OFFICE
189-STAFFORD COUNTY

⑤ STATE OR COUNTRY OF INCORPORATION
VA-VIRGINIA

⑥ STOCK INFORMATION

| CLASS | AUTHORIZED |
|---|---|
| COMMON | 1,000 |

DO NOT ATTEMPT TO ALTER THE INFORMATION ABOVE  Carefully read the attached instruction sheet  Type or print in black only  If item ⑥ is blank or incorrect, you must add or change the principal office address where indicated  If item ⑦ is blank or incorrect, you must add or change the director and officer information where indicated

⑥ PRINCIPAL OFFICE ADDRESS

| ☐ Mark this box if address shown below is correct | If address is blank or incorrect, add or correct below |
|---|---|
| ADDRESS    22601 N 19TH AVENUE<br>SUITE 116 | ADDRESS |
| CITY/ST/ZIP   PHOENIX, AZ 85027 | CITY/ST/ZIP |

⑦ DIRECTORS AND PRINCIPAL OFFICERS      All directors and principal officers must be listed
An individual may be designated as both a director and an officer

| Mark appropriate box unless area below is blank<br>Information is correct  ☐  Information is incorrect  ☐  Delete Information | If information at lower left is incorrect or blank, please mark appropriate box<br>and enter information below  ☐ Correction ☐ Addition ☐ Replacement |
|---|---|
| OFFICER ☒   DIRECTOR ☒ | OFFICER ☐   DIRECTOR ☐ |
| NAME      TOM GILMORE | NAME |
| TITLE      PRESIDENT | TITLE |
| ADDRESS   2521 W RED FOX ROAD | ADDRESS |
| CITY/ST/ZIP   PHOENIX, AZ 85085 | CITY/ST/ZIP |

I AFFIRM THAT THE INFORMATION CONTAINED IN THIS REPORT IS ACCURATE AND COMPLETE

_____          CHARLES C COLLINS - DIRECTOR          _____
SIGNATURE OF DIRECTOR/OFFICER            PRINTED NAME AND CORPORATE TITLE               DATE
LISTED IN THIS REPORT

It is a Class 1 misdemeanor for any person to sign a document he knows is false in any material respect with intent that the document be delivered to the Commission for filing

## 2006 ANNUAL REPORT CONTINUED

DUE DATE.  02/28/06

CORPORATE ID:  0499087-6

⑦  DIRECTORS AND PRINCIPAL OFFICERS (continued)

All directors and principal officers must be listed
An individual may be designated as both a director and an officer

---

| Mark appropriate box unless area below is blank ☐ Information is correct ☐ Information is incorrect ☑ Delete information | If information at lower left is incorrect or blank, please mark appropriate box and enter information below   ☐ Correction ☒ Addition ☐ Replacement |
|---|---|
| **OFFICER ☒  DIRECTOR ☒** | **OFFICER ☐  DIRECTOR ☒** |
| NAME       MICHAEL MARK | NAME   CHARLES C COLLINS |
| TITLE      VICE PRESIDENT | TITLE |
| ADDRESS    1730 SMOKE RIDGE DRIVE | ADDRESS  1112 BLACKBERRO DRIVE |
| CITY/ST/ZIP   CO SPRINGS, CO 80919 | CITY/ST/ZIP  STAFFORD, VA  22654 |

| Mark appropriate box unless area below is blank ☐ Information is correct ☐ Information is incorrect ☐ Delete information | If information at lower left is incorrect or blank, please mark appropriate box and enter information below   ☐ Correction ☐ Addition ☐ Replacement |
|---|---|
| **OFFICER ☒  DIRECTOR ☒** | **OFFICER ☐  DIRECTOR ☐** |
| NAME       MICHAEL WISLOSKI | NAME |
| TITLE      VICE PRESIDENT | TITLE |
| ADDRESS    13390 PACKARD DRIVE | ADDRESS |
| CITY/ST/ZIP   WOODBRIDGE, VA 22193-3905 | CITY/ST/ZIP |

| Mark appropriate box unless area below is blank ☐ Information is correct ☐ Information is incorrect ☐ Delete information | If information at lower left is incorrect or blank, please mark appropriate box and enter information below   ☐ Correction ☐ Addition ☐ Replacement |
|---|---|
| **OFFICER ☒  DIRECTOR ☒** | **OFFICER ☐  DIRECTOR ☐** |
| NAME       CYNTHIA GILMORE | NAME |
| TITLE      T/S | TITLE |
| ADDRESS    2521 W RED FOX ROAD | ADDRESS |
| CITY/ST/ZIP   PHOENIX AZ 85058 | CITY/ST/ZIP |

| Mark appropriate box unless area below is blank ☐ Information is correct ☐ Information is incorrect ☐ Delete information | If information at lower left is incorrect or blank, please mark appropriate box and enter information below   ☐ Correction ☐ Addition ☐ Replacement |
|---|---|
| **OFFICER ☐  DIRECTOR ☒** | **OFFICER ☐  DIRECTOR ☐** |
| NAME       EUGENE P PHILLIPS | NAME |
| TITLE      DIRECTOR | TITLE |
| ADDRESS    1314 WOODMERE DRIVE | ADDRESS |
| CITY/ST/ZIP   MANDEVILLE, LA 70471 | CITY/ST/ZIP |

AR-211 Rev 1 01/04

205291872
04/06/2005

## 2005 ANNUAL REPORT
### COMMONWEALTH OF VIRGINIA
### STATE CORPORATION COMMISSION



① CORPORATION NAME
OMEGA SYSTEMS, INC

DUE DATE
CORPORATION ID  0498087-6

② VA REGISTERED AGENT NAME AND ADDRESS  DIRECTOR

CHARLES C COLLINS
1112 BLACKBEARD DR
STAFFORD VA 22554

⑤ STOCK INFORMATION

| CLASS | AUTHORIZED |
|---|---|
| COMMON | 1,000 |

③ CITY OR COUNTY OF VA REGISTERED OFFICE
189 - STAFFORD COUNTY

④ STATE OR COUNTRY OF INCORPORATION
VA - VIRGINIA

DO NOT ATTEMPT TO ALTER THE INFORMATION ABOVE  Carefully read the attached instruction sheet  Type or print in black only  If item ⑤ is blank or incorrect, you must add or change the principal office address where indicated  If item ⑥ is blank or incorrect, you must add or change the director and officer information where indicated

⑥ PRINCIPAL OFFICE ADDRESS

| ☐ Mark this box if address shown below is correct | If address is blank or incorrect, add or correct below |
|---|---|
| ADDRESS  1112 BLACKBEARD DRIVE | ADDRESS  22601 N.19th Ave. Suite 116 |
| CITY/ST/ZIP  STAFFORD VA 22554 | CITY/ST/ZIP  Phoenix, AZ 85027 |

⑦ DIRECTORS AND PRINCIPAL OFFICERS   All directors and principal officers must be listed
An individual may be designated as both a director and an officer

| Mark appropriate box unless area below is blank ☐ Information is correct ☒ Information is incorrect ☐ Delete information | If information at lower left is incorrect or blank, please mark appropriate box and enter information below ☒ Correction ☐ Add-on ☐ Replacement |
|---|---|
| OFFICER [X]  DIRECTOR [X] | OFFICER ☒  DIRECTOR ☒ |
| NAME  TOM GILMORE | NAME  Tom Gilmore |
| TITLE  PRESIDENT | TITLE  President |
| ADDRESS  3213 AQUIA DRIVE | ADDRESS  2521 W. Red Fox Rd. |
| CITY/ST/ZIP  STAFFORD VA 22554 | CITY/ST/ZIP  Phoenix AZ 85085 |

I AFFIRM THAT THE INFORMATION CONTAINED IN THIS REPORT IS ACCURATE AND COMPLETE

_____
SIGNATURE OF DIRECTOR/OFFICER
LISTED IN THIS REPORT

Cynthia D. Gilmore, Secretary
PRINTED NAME AND TITLE

3/29/05
DATE

It is a Class 1 misdemeanor for any person to sign a document he knows is false in any material respect with intent that the document be delivered to the Commission for filing

CIS0368

**2005 ANNUAL REPORT CONTINUED**

DUE DATE:
CORPORATE ID:  0498087-6

⑦ DIRECTORS AND PRINCIPAL OFFICERS (continued)   All directors and principal officers must be listed
An individual may be designated as both a director and an officer

| Mark appropriate box unless area below is blank | If information at lower left is incorrect or blank, please mark appropriate box |
|---|---|
| ☒ Information is correct  ☐ Information is incorrect  ☐ Delete Information | and enter information below ☐ Correction ☐ Addition ☐ Replacement |
| OFFICER ☒ DIRECTOR ☒<br>NAME  MICHAEL WISLOSKI<br>TITLE  VICE PRESIDENT<br>ADDRESS  13390 PACKARD DRIVE<br>CITY/ST/ZIP  WOODBRIDGE VA 22193 3905 | OFFICER ☐ DIRECTOR ☐<br>NAME<br>TITLE<br>ADDRESS<br>CITY/ST/ZIP |
| Mark appropriate box unless area below is blank | If information at lower left is incorrect or blank, please mark appropriate box |
| ☐ Information is correct  ☐ Information is incorrect  ☒ Delete Information | and enter information below ☐ Correction ☐ Addition ☒ Replacement |
| OFFICER ☒ DIRECTOR ☒<br>NAME  CHARLES COLLINS<br>TITLE  TREASURER<br>ADDRESS  1112 BLACKBEARD DRIVE<br>CITY/ST/ZIP  STAFFORD VA 22554 | OFFICER ☒ DIRECTOR ☒<br>NAME *Cynthia Gilmore*<br>TITLE *Treasurer*<br>ADDRESS *2521 W. Red Fox Rd.*<br>CITY/ST/ZIP *Phoenix, AZ 85085* |
| Mark appropriate box unless area below is blank | If information at lower left is incorrect or blank, please mark appropriate box |
| ☐ Information is correct  ☒ Information is incorrect  ☐ Delete Information | and enter information below ☒ Correction ☐ Addition ☐ Replacement |
| OFFICER ☒ DIRECTOR ☒<br>NAME  CYNTHIA GILMORE<br>TITLE  SECRETARY<br>ADDRESS  3213 AQUIA DRIVE<br>CITY/ST/ZIP  STAFFORD VA 22554 | OFFICER ☒ DIRECTOR ☒<br>NAME *Cynthia Gilmore*<br>TITLE *Secretary*<br>ADDRESS *2521 W. Red Fox Rd.*<br>CITY/ST/ZIP *Phoenix, AZ 85085* |
| Mark appropriate box unless area below is blank | If information at lower left is incorrect or blank, please mark appropriate box |
| ☐ Information is correct  ☐ Information is incorrect  ☐ Delete Information | and enter information below ☐ Correction ☒ Addition ☐ Replacement |
| OFFICER ☐ DIRECTOR ☐<br>NAME<br>TITLE<br>ADDRESS<br>CITY/ST/ZIP | OFFICER ☐ DIRECTOR ☒<br>NAME *Michael Mark*<br>TITLE *VP Business Development*<br>ADDRESS *1730 Smoke ridge DR.*<br>CITY/ST/ZIP *Co Springs, CO 80919* |

CIS0368

Corporate ID: 0498087-6

| Mark appropriate box unless area below is blank | If information at lower left is incorrect or blank, please mark appropriate box |
|---|---|
| ☐ Information is correct  ☐ Information is incorrect  ☐ Delete Information | and enter information below ☐ Correction  ☒ Addition  ☐ Replacement |
| NAME.                    OFFICER ☐ DIRECTOR ☐<br>TITLE<br>ADDRESS·<br>CITY/ST/ZIP | NAME _Eugene P. Phillips_   OFFICER ☐ DIRECTOR ☒<br>TITLE _Shareholder_<br>ADDRESS· _1314 Woodmere DR._<br>CITY/ST/ZIP _Mandeville, LA 70471_ |

CIS0388

**2004 ANNUAL REPORT**
COMMONWEALTH OF VIRGINIA
STATE CORPORATION COMMISSION

204361203
05/03/2004

① CORPORATION NAME
OMEGA SYSTEMS, INC

DUE DATE  02/27/04

② VA REGISTERED AGENT NAME AND OFFICE ADDRESS    DIR
CHARLES C COLLINS

CORPORATE ID  0498087-6

1112 BLACKBEARD DR

⑤ STOCK INFORMATION

| CLASS | AUTHORIZED |
|-------|------------|
| COMMON | 1,000 |

STAFFORD, VA 22554
③ CITY OR COUNTY OF VA REGISTERED OFFICE
189-STAFFORD COUNTY

④ STATE OR COUNTRY OF INCORPORATION
VA-VIRGINIA

DO NOT ATTEMPT TO ALTER THE INFORMATION ABOVE  Carefully read the attached instruction sheet  Type or print in black only  If item ⑥ is blank or incorrect, you must add or change the principal office address where indicated  If item ⑦ is blank or incorrect, you must add or change the director and officer information where indicated

⑥ PRINCIPAL OFFICE ADDRESS

| ☐ Mark this box if address shown below is correct | If address is blank or incorrect, add or correct below |
|---|---|
| ADDRESS    1112 BLACKBEARD DRIVE | ADDRESS |
| CITY/ST/ZIP   STAFFORD, VA 22554 | CITY/ST/ZIP |

⑦ DIRECTORS AND PRINCIPAL OFFICERS        All directors and principal officers must be listed
An individual may be designated as both a director and an officer

| Mark appropriate box unless area below is blank  ☐ Information is correct  ☐ Information is incorrect  ☐ Delete information | If information at lower left is incorrect or blank, please mark appropriate box and enter information below  ☐ Correction ☐ Addition ☐ Replacement |
|---|---|
| OFFICER ☒  DIRECTOR ☒ | OFFICER ☐  DIRECTOR ☐ |
| NAME      TOM GILMORE | NAME |
| TITLE      PRESIDENT | TITLE |
| ADDRESS    3213 AQUIA DRIVE | ADDRESS |
| CITY/ST/ZIP   STAFFORD, VA 22554 | CITY/ST/ZIP |

I AFFIRM THAT THE INFORMATION CONTAINED IN THIS REPORT IS ACCURATE AND COMPLETE

_____          CHIP COLLINS - TREASURER          4/24/04
SIGNATURE OF DIRECTOR/OFFICER          PRINTED NAME AND CORPORATE TITLE          DATE
LISTED IN THIS REPORT

It is a Class 1 misdemeanor for any person to sign a document he knows is false in any material respect with intent that the document be delivered to the Commission for filing
+ 0001273 000020194 015CC0 032246 P4

# 2004 ANNUAL REPORT CONTINUED

DUE DATE: 02/27/04

CORPORATE ID: 0498087-6

⑦ DIRECTORS AND PRINCIPAL OFFICERS (continued)

All directors and principal officers must be listed
An individual may be designated as both a director and an officer

| Mark appropriate box unless area below is blank<br>☐ Information is correct ☐ Information is incorrect ☐ Delete information | If information at lower left is incorrect or blank, please mark appropriate box<br>and enter information below   ☐ Correction ☐ Addition ☐ Replacement |
|---|---|
| OFFICER ☒   DIRECTOR ☒ | OFFICER ☐   DIRECTOR ☐ |
| NAME      MICHAEL WISLOSKI | NAME |
| TITLE      VICE PRESIDENT | TITLE |
| ADDRESS   13390 PACKARD DRIVE | ADDRESS |
| CITY/ST/ZIP   WOODBRIDGE, VA 22193-3905 | CITY/ST/ZIP |

| Mark appropriate box unless area below is blank<br>☐ Information is correct ☐ Information is incorrect ☐ Delete information | If information at lower left is incorrect or blank, please mark appropriate box<br>and enter information below   ☐ Correction ☐ Addition ☐ Replacement |
|---|---|
| OFFICER ☒   DIRECTOR ☒ | OFFICER ☐   DIRECTOR ☐ |
| NAME      CHARLES COLLINS | NAME |
| TITLE      TREASURER | TITLE |
| ADDRESS   1112 BLACKBEARD DRIVE | ADDRESS |
| CITY/ST/ZIP   STAFFORD, VA 22554 | CITY/ST/ZIP |

| Mark appropriate box unless area below is blank<br>☐ Information is correct ☐ Information is incorrect ☐ Delete information | If information at lower left is incorrect or blank, please mark appropriate box<br>and enter information below   ☐ Correction ☐ Addition ☐ Replacement |
|---|---|
| OFFICER ☒   DIRECTOR ☒ | OFFICER ☐   DIRECTOR ☐ |
| NAME      CYNTHIA GILMORE | NAME |
| TITLE      SECRETARY | TITLE |
| ADDRESS   3213 AQUIA DRIVE | ADDRESS |
| CITY/ST/ZIP   STAFFORD, VA 22554 | CITY/ST/ZIP |

| Mark appropriate box unless area below is blank<br>☐ Information is correct ☐ Information is incorrect ☐ Delete information | If information at lower left is incorrect or blank, please mark appropriate box<br>and enter information below   ☐ Correction ☐ Addition ☐ Replacement |
|---|---|
| OFFICER ☐   DIRECTOR ☐ | OFFICER ☐   DIRECTOR ☐ |
| NAME | NAME |
| TITLE | TITLE |
| ADDRESS | ADDRESS |
| CITY/ST/ZIP | CITY/ST/ZIP |

AR00DW Rev 1 04/04

203061892
01/21/2003

# 2003 ANNUAL REPORT
## COMMONWEALTH OF VIRGINIA
## STATE CORPORATION COMMISSION

2003 JAN 21  AM 10: 28 DUE DATE: 2/28/2003

① CORPORATION NAME:
OMEGA SYSTEMS, INC.

CORPORATION ID: 0498087-6

② VA REGISTERED AGENT NAME AND ADDRESS: DIRECTOR.

CYNTHIA D GILMORE
3213 AQUIA ST
STAFFORD VA 22554

⑤ STOCK INFORMATION:

| CLASS | AUTHORIZED |
|-------|-----------|
| COMMON | 1,000 |

③ CITY OR COUNTY OF VA REGISTERED OFFICE:
159 - STAFFORD COUNTY

④ STATE OR COUNTRY OF INCORPORATION:
VA - VIRGINIA

DO NOT ATTEMPT TO ALTER THE FOREGOING INFORMATION. Carefully read the attached instruction sheet. Type or print in black only. If item ⑥ is blank or incorrect, you must add or change the principal office address where indicated. If item ⑦ is blank or incorrect, you must add or change the director and officer information where indicated.

⑥ PRINCIPAL OFFICE ADDRESS

| ☐ NO CHANGE | ☒ ADDITIONS / CHANGES ONLY |
|-------------|---------------------------|
| ADDRESS: 3896 LANSING COURT | ADDRESS: 1112 BLACKBEARD DRIVE |
| CITY/ST/ZIP: DUMFRIES VA 22026 | CITY/ST/ZIP: STAFFORD, VA 22554 |

⑦ DIRECTORS AND PRINCIPAL OFFICERS
All directors and principal officers must be listed.
One individual may be a director and an officer.

| ☐ NO CHANGE | ☐ REMOVE | ☐ ADDITIONS | ☐ CHANGES |
|-------------|----------|-------------|-----------|
| OFFICER [X] DIRECTOR [X] | | OFFICER ☐ DIRECTOR ☐ | |
| NAME: TOM GILMORE | | NAME: | |
| TITLE: PRESIDENT | | TITLE: | |
| ADDRESS: 3213 AQUIA DRIVE | | ADDRESS: | |
| CITY/ST/ZIP: STAFFORD VA 22554 | | CITY/ST/ZIP: | |

I AFFIRM THAT THE INFORMATION CONTAINED IN THIS REPORT IS ACCURATE AND COMPLETE.

_____        CHARLES COLLINS - TREASURER        JAN 5 2003
SIGNATURE OF DIRECTOR/OFFICER        PRINTED NAME AND TITLE        DATE
LISTED IN THIS REPORT

It is a Class 1 misdemeanor for any person to sign a document he knows is false in any material respect with intent that the document be delivered to the Commission for filing.

CIS0357

## 2003 ANNUAL REPORT CONTINUED

DUE DATE: 2/28/2003
CORPORATE ID: 0498087-8

| ☐ NO CHANGE | ☐ REMOVE | ☐ ADDITIONS | ☒ CHANGES |
|---|---|---|---|

OFFICER ☒ DIRECTOR ☒

NAME: MICHAEL WISLOSKI

TITLE: VICE PRESIDENT

ADDRESS: 13390 PACKARD DRIVE

CITY/ST/ZIP: WOODBRIDGE VA 22193 3905

OFFICER ☐ DIRECTOR ☐

NAME:

TITLE:

ADDRESS:

CITY/ST/ZIP:

---

| ☐ NO CHANGE | ☐ REMOVE | ☐ ADDITIONS | ☒ CHANGES |
|---|---|---|---|

OFFICER ☒ DIRECTOR ☒

NAME: CYNTHIA GILMORE

TITLE: S/T

ADDRESS: 3213 AQUIA DRIVE

CITY/ST/ZIP: STAFFORD VA 22554

OFFICER ☒ DIRECTOR ☒

NAME: CYNTHIA GILMORE

TITLE: Secretary

ADDRESS: 3213 Aquia Drive

CITY/ST/ZIP: Stafford, VA 22554

---

| ☐ NO CHANGE | ☐ REMOVE | ☒ ADDITIONS | ☐ CHANGES |
|---|---|---|---|

OFFICER ☐ DIRECTOR ☐

NAME:

TITLE:

ADDRESS:

CITY/ST/ZIP:

OFFICER ☒ DIRECTOR ☒

NAME: CHARLES COLLINS

TITLE: Treasurer

ADDRESS: 1112 Blackbeard Drive

CITY/ST/ZIP: Stafford, VA 22554

---

| ☐ NO CHANGE | ☐ REMOVE | ☐ ADDITIONS | ☐ CHANGES |
|---|---|---|---|

OFFICER ☐ DIRECTOR ☐

NAME:

TITLE:

ADDRESS:

CITY/ST/ZIP:

OFFICER ☐ DIRECTOR ☐

NAME:

TITLE:

ADDRESS:

CITY/ST/ZIP:

CIS0357

**2002 ANNUAL REPORT**
COMMONWEALTH OF VIRGINIA
STATE CORPORATION COMMISSION

```
202002356
01/22/2002
```

① CORPORATION NAME:
OMEGA SYSTEMS, INC.

② REGISTERED AGENT NAME AND OFFICE ADDRESS:   DIR.

CYNTHIA D GILMORE
3213 AQUIA ST
STAFFORD, VA 22554

③ CITY OR COUNTY OF VA REGISTERED OFFICE:
189-STAFFORD COUNTY

④ STATE OR COUNTRY OF INCORPORATION:
VA-VIRGINIA

DUE DATE: . 02/28/02
CORPORATION ID: C498087-6
③ STOCK INFORMATION

| CLASS | AUTHORIZED |
|-------|------------|
| COMMON | 1,000 |

Carefully read the attached instruction sheet. Type or print in black only. If block ⑥ is blank, you must add the principal office address. If block ⑦ is blank, you must add the director and officer information (see Section 13.1-775 A 3 or Section 13.1-936 A 3 of the Code of Virginia).

⑥ **PRINCIPAL OFFICE ADDRESS**

| ☐ NO CHANGE | ☐ ADDITIONS/CHANGES ONLY |
|-------------|--------------------------|
| ADDRESS: 3896 LANSING COURT | ADDRESS: |
| CITY/ST/ZIP: DUMFRIES, VA 22026 | CITY/ST/ZIP: |

⑦ **DIRECTORS AND PRINCIPAL OFFICERS**
All directors and principal officers must be listed.
One individual maybe a director and an officer

| ☐ NO CHANGE | ☐ REMOVE | ☐ ADDITIONS/CHANGES ONLY |
|-------------|----------|--------------------------|
| OFFICER [X] DIRECTOR [X] | | OFFICER ☐ DIRECTOR ☐ |
| NAME: TOM GILMORE | | NAME: |
| TITLE: PRESIDENT | | TITLE: |
| ADDRESS: 3213 AQUIA DRIVE | | ADDRESS: |
| CITY/ST/ZIP: STAFFORD, VA 22554 | | CITY/ST/ZIP: |

*I AFFIRM THAT THIS INFORMATION CONTAINED IN THIS REPORT IS ACCURATE AND COMPLETE.*

_____        _Cynthia D. Gilmore, VP Cr...___  1/18/01
SIGNATURE OF DIRECTOR/OFFICER            PRINTED NAME/TITLE              DATE
LISTED IN THIS REPORT

It is a Class 1 misdemeanor for any person to sign a document he knows is false in any material respect with intent that the document be delivered to the Commission for filing.

B4784

30-

## 2002 ANNUAL REPORT CONTINUED

CORPORATE ID:        0498087-6

| ☐ NO CHANGE | ☐ REMOVE | ☐ ADDITIONS/CHANGES ONLY |
|---|---|---|
| OFFICER [X]  DIRECTOR [X] | | OFFICER ☐  DIRECTOR ☐ |
| NAME:   MICHAEL WISLOSKI | | NAME: |
| TITLE:   VICE PRESIDENT | | TITLE: |
| ADDRESS:  13390 PACKARD DRIVE | | ADDRESS: |
| CITY/ST/ZIP:  WOODBRIDGE, VA 22193-3905 | | CITY/ST/ZIP: |

| ☐ NO CHANGE | ☐ REMOVE | ☐ ADDITIONS/CHANGES ONLY |
|---|---|---|
| OFFICER [X]  DIRECTOR [X] | | OFFICER ☐  DIRECTOR ☐ |
| NAME:   CYNTHIA GILMORE | | NAME: |
| TITLE:   S/T | | TITLE: |
| ADDRESS:  3213 AQUIA DRIVE | | ADDRESS: |
| CITY/ST/ZIP: STAFFORD, VA 22554 | | CITY/ST/ZIP: |

| ☐ NO CHANGE | ☐ REMOVE | ☐ ADDITIONS/CHANGES ONLY |
|---|---|---|
| OFFICER ☐  DIRECTOR ☐ | | OFFICER ☐  DIRECTOR ☐ |
| NAME: | | NAME: |
| TITLE: | | TITLE: |
| ADDRESS: | | ADDRESS: |
| CITY/ST/ZIP: | | CITY/ST/ZIP: |

| ☐ NO CHANGE | ☐ REMOVE | ☐ ADDITIONS/CHANGES ONLY |
|---|---|---|
| OFFICER ☐  DIRECTOR ☐ | | OFFICER ☐  DIRECTOR ☐ |
| NAME: | | NAME: |
| TITLE: | | TITLE: |
| ADDRESS: | | ADDRESS: |
| CITY/ST/ZIP: | | CITY/ST/ZIP: |

3/3

C4784

## 2001 ANNUAL REPORT
### COMMONWEALTH OF VIRGINIA
### STATE CORPORATION COMMISSION

> 201090201
> 01/24/2001

(1) CORPORATION NAME:
**OMEGA SYSTEMS, INC.**

(2) REGISTERED AGENT NAME AND ADDRESS:   DIR.

CYNTHIA D GILMORE
3213 AQUIA ST
STAFFORD, VA 22554

DUE DATE: 02/28/2001

CORPORATION ID: 0498087-6

(5) STOCK INFORMATION:

| CLASS | AUTHORIZED |
|-------|------------|
| COMMON | 1,000 |

(3) CITY OR COUNTY OF VA REGISTERED OFFICE:
**169-STAFFORD COUNTY**

(4) STATE OR COUNTRY OF INCORPORATION:
**VA-VIRGINIA**

Carefully read the attached instruction sheet and type or print with black ink only. If block (6) is blank, you must add the principal office address. If block (7) is blank, you must add the officer and/or director information.

### (6) PRINCIPAL OFFICE ADDRESS

| NO CHANGE ☐   REMOVE ENTIRE ADDRESS ☒ ☐ | MAKE ADDITIONS/CHANGES IN RIGHT COLUMN ONLY |
|---|---|
| ADDRESS: 3896 LANSING COURT | ADDRESS: |
| CITY/ST/ZIP: DUMFRIES, VA 22026 | CITY/ST/ZIP: |

### (7) PRINCIPAL OFFICERS AND DIRECTORS

| NO CHANGE ☐   REMOVE ENTIRE NAME/ADDRESS ☒   OFFICER ☒   DIRECTOR ☒ | MAKE ADDITIONS/CHANGES IN RIGHT COLUMN ONLY   OFFICER ☐   DIRECTOR ☐ |
|---|---|
| NAME: TOM GILMORE | NAME: |
| TITLE: PRESIDENT | TITLE: |
| ADDRESS: 3213 AQUIA DRIVE | ADDRESS: |
| CITY/ST/ZIP: STAFFORD, VA 22554 | CITY/ST/ZIP: |

I AFFIRM THAT THE INFORMATION CONTAINED IN THIS REPORT IS ACCURATE.

_____   _____   _____
SIGNATURE                  PRINTED NAME   Cynthia D. Gilmore      DATE 01/11/01

MUST BE SIGNED BY AN OFFICER OR DIRECTOR LISTED IN THIS REPORT.                16

84617

## 2001 ANNUAL REPORT CONTINUED

CORPORATE ID:     0498087-6

| NO CHANGE ☒   REMOVE ENTIRE NAME/ADDRESS ☐ | MAKE ADDITIONS/CHANGES IN RIGHT COLUMN ONLY |
|---|---|
| OFFICER ☒   DIRECTOR ☒ | OFFICER ☐   DIRECTOR ☐ |
| **NAME:** MICHAEL WISLOSKI<br>**TITLE:** VICE PRESIDENT<br>**ADDRESS:** 13390 PACKARD DRIVE<br><br>**CITY/ST/ZIP:** WOODBRIDGE, VA 22193-3905 | **NAME:**<br>**TITLE:**<br>**ADDRESS:**<br><br>**CITY/ST/ZIP:** |

| NO CHANGE ☒   REMOVE ENTIRE NAME/ADDRESS ☐ | MAKE ADDITIONS/CHANGES IN RIGHT COLUMN ONLY |
|---|---|
| OFFICER ☒   DIRECTOR ☒ | OFFICER ☐   DIRECTOR ☐ |
| **NAME:** CYNTHIA GILMORE<br>**TITLE:** S/T<br>**ADDRESS:** 3213 AQUIA DRIVE<br><br>**CITY/ST/ZIP:** STAFFORD, VA 22554 | **NAME:**<br>**TITLE:**<br>**ADDRESS:**<br><br>**CITY/ST/ZIP:** |

| NO CHANGE ☐   REMOVE ENTIRE NAME/ADDRESS ☐ | MAKE ADDITIONS/CHANGES IN RIGHT COLUMN ONLY |
|---|---|
| OFFICER ☐   DIRECTOR ☐ | OFFICER ☐   DIRECTOR ☐ |
| **NAME:**<br>**TITLE:**<br>**ADDRESS:**<br><br>**CITY/ST/ZIP:** | **NAME:**<br>**TITLE:**<br>**ADDRESS:**<br><br>**CITY/ST/ZIP:** |

| NO CHANGE ☐   REMOVE ENTIRE NAME/ADDRESS ☐ | MAKE ADDITIONS/CHANGES IN RIGHT COLUMN ONLY |
|---|---|
| OFFICER ☐   DIRECTOR ☐ | OFFICER ☐   DIRECTOR ☐ |
| **NAME:**<br>**TITLE:**<br>**ADDRESS:**<br><br>**CITY/ST/ZIP:** | **NAME:**<br>**TITLE:**<br>**ADDRESS:**<br><br>**CITY/ST/ZIP:** |

30

C4817

**2000 ANNUAL REPORT**
COMMONWEALTH OF VIRGINIA
STATE CORPORATION COMMISSION

200050725
01/12/2000

① CORPORATION NAME:
OMEGA SYSTEMS, INC.

② REGISTERED AGENT NAME AND ADDRESS:   DIR.

CYNTHIA O GILMORE
3213 AQUIA ST
STAFFORD, VA 22554

③ CITY OR COUNTY OF VA REGISTERED OFFICE:
189-STAFFORD COUNTY

④ STATE OR COUNTRY OF INCORPORATION:
VA-VIRGINIA

DUE DATE: 02/29/2000
CORPORATION ID: 0498087-6
⑤ STOCK INFORMATION:

| CLASS | AUTHORIZED |
|-------|-----------|
| COMMON | 1,000 |

Carefully read the attached instruction sheet and type or print with black ink only. If Block ⑥ is blank, you must add the principal office address. If block ⑦ is blank, you must add the officer and/or director information.

⑥ **PRINCIPAL OFFICE ADDRESS**

| NO CHANGE ☐ REMOVE ENTIRE ADDRESS ☒ | MAKE ADDITIONS/CHANGES IN RIGHT COLUMN ONLY |
|---|---|
| ADDRESS: 3213 AQUIA DRIVE | ADDRESS: 3896 Lansing Court |
| CITY/ST/ZIP: STAFFORD, VA 22554 | CITY/ST/ZIP: Dumfries, VA 22026 |

⑦ **PRINCIPAL OFFICERS AND DIRECTORS**

| NO CHANGE ☐ REMOVE ENTIRE NAME/ADDRESS ☐ | MAKE ADDITIONS/CHANGES IN RIGHT COLUMN ONLY |
|---|---|
| OFFICER ☒ DIRECTOR ☒ | OFFICER ☐ DIRECTOR ☐ |
| NAME: TOM GILMORE | NAME: |
| TITLE: PRESIDENT | TITLE: |
| ADDRESS: 3213 AQUIA DRIVE | ADDRESS: |
| CITY/ST/ZIP: STAFFORD, VA 22554 | CITY/ST/ZIP: |

I AFFIRM THAT THE INFORMATION CONTAINED IN THIS REPORT IS ACCURATE.

_____   Cynthia J. Gilmore   1/10/00
SIGNATURE                   PRINTED NAME          DATE

MUST BE SIGNED BY AN OFFICER OR DIRECTOR LISTED IN THIS REPORT.

B4628

## 2000 ANNUAL REPORT CONTINUED

CORPORATE ID:      0498087-6

| NO CHANGE ☐   REMOVE ENTIRE NAME/ADDRESS ☐ | MAKE ADDITIONS/CHANGES IN RIGHT COLUMN ONLY |
|---|---|
| OFFICER ☒   DIRECTOR ☒ | OFFICER ☐   DIRECTOR ☐ |
| NAME:   MICHAEL WISLOSKI | NAME: |
| TITLE:   VICE PRESIDENT | TITLE: |
| ADDRESS:   13390 PACKARD DRIVE | ADDRESS: |
| CITY/ST/ZIP: WOODBRIDGE, VA 22193-3905 | CITY/ST/ZIP: |

| NO CHANGE ☐   REMOVE ENTIRE NAME/ADDRESS ☐ | MAKE ADDITIONS/CHANGES IN RIGHT COLUMN ONLY |
|---|---|
| OFFICER ☒   DIRECTOR ☒ | OFFICER ☐   DIRECTOR ☐ |
| NAME:   CYNTHIA GILMORE | NAME: |
| TITLE:   S/T | TITLE: |
| ADDRESS:   3213 AQUIA DRIVE | ADDRESS: |
| CITY/ST/ZIP: .STAFFORD, VA 22554 | CITY/ST/ZIP: |

| NO CHANGE ☐   REMOVE ENTIRE NAME/ADDRESS ☐ | MAKE ADDITIONS/CHANGES IN RIGHT COLUMN ONLY |
|---|---|
| OFFICER ☐   DIRECTOR ☐ | OFFICER ☐   DIRECTOR ☐ |
| NAME: | NAME: |
| TITLE: | TITLE: |
| ADDRESS: | ADDRESS: |
| CITY/ST/ZIP: | CITY/ST/ZIP: |

| NO CHANGE ☐   REMOVE ENTIRE NAME/ADDRESS ☐ | MAKE ADDITIONS/CHANGES IN RIGHT COLUMN ONLY |
|---|---|
| OFFICER ☐   DIRECTOR ☐ | OFFICER ☐   DIRECTOR ☐ |
| NAME: | NAME: |
| TITLE: | TITLE: |
| ADDRESS: | ADDRESS: |
| CITY/ST/ZIP: | CITY/ST/ZIP: |

C4628

**1999 ANNUAL REPORT**
COMMONWEALTH OF VIRGINIA
STATE CORPORATION COMMISSION

```
99180957
03/05/1999
```

**1** CORPORATION NAME:
OMEGA SYSTEMS, INC.

DUE DATE: 03/01/1999

CORPORATION ID: 0498087-6

**2** REGISTERED AGENT NAME AND ADDRESS:   DIR.

CYNTHIA D GILMORE
3213 AQUIA ST
STAFFORD, VA 22554

**5** STOCK INFORMATION:

| CLASS | AUTHORIZED |
|-------|-----------|
| COMMON | 1,000 |
| Common | 102,000 |

**3** CITY OR COUNTY OF VA REGISTERED OFFICE:
189-STAFFORD COUNTY

**4** STATE OR COUNTRY OF INCORPORATION:
VA-VIRGINIA

IF THIS IS THE CORPORATION'S FIRST YEAR FOR FILING AN ANNUAL REPORT, PLEASE FILL IN BLOCKS 6 AND 7. PLEASE READ THE INSTRUCTION SHEET <u>CAREFULLY</u> AND TYPE OR PRINT WITH <u>BLACK INK ONLY</u>. THIS REPORT MUST BE SIGNED BY AN OFFICER OR DIRECTOR LISTED IN THIS REPORT.

**6** PRINCIPAL OFFICE ADDRESS

| NO CHANGE  ☑ REMOVE ENTIRE ADDRESS  ☐ | MAKE ADDITIONS/CHANGES IN RIGHT COLUMN ONLY |
|---|---|
| ADDRESS: 3213 Aquia Drive | ADDRESS: |
| CITY/ST/ZIP: Stafford, VA 22554 | CITY/ST/ZIP: |

**7** PRINCIPAL OFFICERS AND DIRECTORS

| NO CHANGE  ☑ REMOVE ENTIRE NAME/ADDRESS  ☐ | MAKE ADDITIONS/CHANGES IN RIGHT COLUMN ONLY |
|---|---|
| OFFICER ☑  DIRECTOR ☑ | OFFICER ☐  DIRECTOR ☐ |
| NAME: Tom Gilmore | NAME: |
| TITLE: President | TITLE: |
| ADDRESS: 3213 Aquia Drive | ADDRESS: |
| CITY/ST/ZIP: Stafford, VA 22554 | CITY/ST/ZIP: |

I AFFIRM THAT THE INFORMATION CONTAINED IN THIS REPORT IS ACCURATE.

_Tom W. Gil_____   _President_____   3-3-99
SIGNATURE                    PRINTED TITLE          DATE

PLEASE SIGN AND DATE THIS REPORT (EVEN IF THERE ARE NO CHANGES TO THE INFORMATION ON FILE).   20

B4208

## 1999 ANNUAL REPORT CONTINUED

CORPORATE ID:   0498087-6

| NO CHANGE [✓]   REMOVE ENTIRE NAME/ADDRESS [ ] | MAKE ADDITIONS/CHANGES IN RIGHT COLUMN ONLY |
|---|---|
| OFFICER [✓]  DIRECTOR [✓] | OFFICER [ ]  DIRECTOR [ ] |
| NAME: Cynthia Gilmore <br> TITLE: Secretary and Treasurer <br> ADDRESS: 3213 Aquia Drive <br> CITY/ST/ZIP: Stafford, VA 22554 | NAME: <br> TITLE: <br> ADDRESS: <br> CITY/ST/ZIP: |

| NO CHANGE [✓]   REMOVE ENTIRE NAME/ADDRESS [ ] | MAKE ADDITIONS/CHANGES IN RIGHT COLUMN ONLY |
|---|---|
| OFFICER [✓]  DIRECTOR [✓] | OFFICER [ ]  DIRECTOR [ ] |
| NAME: Michael Wisloski <br> TITLE: Vice President <br> ADDRESS: 13390 Packard Drive <br> CITY/ST/ZIP: Woodbridge, VA 22193-3905 | NAME: <br> TITLE: <br> ADDRESS: <br> CITY/ST/ZIP: |

| NO CHANGE [ ]   REMOVE ENTIRE NAME/ADDRESS [✓] | MAKE ADDITIONS/CHANGES IN RIGHT COLUMN ONLY |
|---|---|
| OFFICER [ ]  DIRECTOR [ ] | OFFICER [ ]  DIRECTOR [ ] |
| NAME: Armad Kittrell <br> TITLE: Vice President, Network Engineering Services <br> ADDRESS: 7404 Harvest Lane <br> CITY/ST/ZIP: Fredericksburg, VA 22407 | NAME: <br> TITLE: <br> ADDRESS: <br> CITY/ST/ZIP: |

| NO CHANGE [ ]   REMOVE ENTIRE NAME/ADDRESS [ ] | MAKE ADDITIONS/CHANGES IN RIGHT COLUMN ONLY |
|---|---|
| OFFICER [ ]  DIRECTOR [ ] | OFFICER [ ]  DIRECTOR [ ] |
| NAME: <br> TITLE: <br> ADDRESS: <br> CITY/ST/ZIP: | NAME: <br> TITLE: <br> ADDRESS: <br> CITY/ST/ZIP: |

30

C4208