IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | | |
|---|---|---|
| EUGENE P. PHILLIPS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil Action No. 07-CV-1049 |
| | ) | |
| THOMAS W. GILMORE, CYNTHIA D. GILMORE, MICHAEL WISLOSKI, MICHAEL MARK, and OMEGA DEFENSE SYSTEMS, INC. a/k/a/ OMEGA SYSTEMS, INC., | ) ) ) ) ) ) | |
| Defendants. | ) | |

### ORDER

THE COURT, having considered the foregoing Plaintiff's Notice of Dismissal Without Prejudice, concludes that the same is due to be and is hereby GRANTED. The foregoing shall be and is the Order of the Court.

DONE and ORDERED this, the ___21st___ day of ___November___, 2007.

                                                    /s/
                                         Claude M. Hilton
                                         United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify on the 16th day of November, 2007, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing to the following:

Amy L. Tenney
Va. Bar No. 45924
Attorney for Defendants
JENNER & BLOCK LLP
601 13th Street, NW
Suite 1200 South
Washington, DC 20005
202-639-6000 (phone)
202-639-6066 (fax)
atenney@jenner.com

                                                     /s/
                                  Timothy K. Halloran
                                  Va. Bar No. 48352
                                  Attorney for Plaintiff
                                  MCKENNA LONG & ALDRIDGE LLP
                                  1900 K Street, NW
                                  Washington, DC 20006
                                  202-496-7352 (phone)
                                  202-496-7756 (fax)
                                  thalloran@mckennalong.com